UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LEE LAMON SHACKS,<br><br>　　　　Defendant.<br>_____/ | Case: 1:21-cr-20332<br>Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 05-19-2021<br>INDI USA v. Lee Shacks (tt)<br><br>Violation:<br>18 U.S.C. § 922(g)(1) |

**INDICTMENT**

FILED
MAY 19 2021
U.S. DISTRICT COURT
FLINT, MICHIGAN

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Felon in possession of a firearm**
**18 U.S.C. § 922(g)(1)**

On or about February 18, 2021, in the Eastern District of Michigan, Lee Lamon Shacks, knowing he had been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, one Smith & Wesson, Model M&P Shield EZ, .380 caliber, semiautomatic pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), upon conviction of any offense(s) in violation of Title 18, United States Code, Section 922(g), the defendant shall forfeit to the United States any firearms and ammunition involved in or used in the knowing commission of the offense(s).

THIS IS A TRUE BILL

Dated: May 19, 2021

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

ANTHONY VANCE
Assistant United States Attorney
Chief, Branch Offices

*s/William J. Vailliencourt Jr.*
WILLIAM J. VAILLIENCOURT, JR.
Assistant United States Attorney
P39115
101 First Street, Suite 200
Bay City, MI 48708
Phone: (989) 895-5712
Email: William.vailliencourt@usdoj.gov

| Companion Case information MUST be completed by | Criminal Case | Case: 1:21-cr-20332<br>Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 05-19-2021<br>INDI USA v. Lee Shacks (tt) |
|---|---|---|
| United States District Court<br>Eastern District of Michigan | | |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes          X No | AUSA's Initials:   WJV |

Case Title: USA v.  Lee Lamon Shacks

County where offense occurred:   Saginaw

FILED
MAY 19 2021
U.S. DISTRICT COURT
FLINT, MICHIGAN

Check One:   X Felony        ☐ Misdemeanor        ☐ Petty

    X    Indictment/_____Information ---   **no** prior complaint.
    _____Indictment/_____Information ---   based upon prior complaint [Case number:]
    _____Indictment/_____Information ---   based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

    ☐    Corrects errors; no additional charges or defendants.
    ☐    Involves, for plea purposes, different charges or adds counts.
    ☐    Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date:   May 19, 2021

*s/William J. Vailliencourt Jr.*
William J. Vailliencourt Jr.
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:   989-895-5712
Fax: 989-895-5790
E-Mail address: William.vailliencourt@usdoj.gov
Attorney Bar #:   P-39115

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.